UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

| NATHAN L. MCDANIEL | § | PLAINTIFF |
|---|---|---|
| | § | |
| v. | § | Civil No. 4:15-cv-00156-JMV |
| | § | |
| CAROLYN W. COLVIN, | § | |
| Acting Commissioner of the | § | |
| Social Security Administration | § | DEFENDANT |

# ORDER

Having considered the Defendant's Unopposed Motion to Remand [6], the Court finds it is well-taken, and the same is hereby GRANTED. Accordingly, for good cause shown, the case is hereby REMANDED for further administrative action, including but not limited to a new hearing, pursuant to sentence six of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

IT IS FURTHER ORDERED that the clerk shall close this case. However, the Court, nevertheless, retains jurisdiction over this matter pending resolution of the administrative proceedings.

SIGNED this 11th day of March, 2016.

                                                    /s/ Jane M. Virden
                                          UNITED STATES MAGISTRATE JUDGE